UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MITCHELL D. FIELDS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:11CV581 CDP |
| UNITED PARCEL SERVICE, INC., | ) ) ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

On September 6, 2012, I granted summary judgment in favor of defendant United Parcel Service, Inc. (UPS). Defendant UPS has filed a bill of costs seeking $1,740.50. Plaintiff has not responded in objection.

Under Fed. R. Civ. P. 54(d), "costs – other than attorney's fees – should be allowed to the prevailing party." The specific costs that are recoverable are listed in 29 U.S.C. § 1920, as follows:

(1) Fees of the clerk and marshal;

(2) Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case;

(3) Fees and disbursements for printing and witnesses;

(4) Fees for exemplification and copies of papers necessarily obtained for use in the case;

(5) Docket fees under section 1923 of this title;

(6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

It is well settled that district courts are "bound by the limitations" established by section 1920, and costs not listed under that section are not taxable. *See Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437, 444-45 (1987).

Because judgment was entered in its favor, UPS is the prevailing party in this litigation and is entitled to reimbursement for its costs as set out in section 1920. After reviewing UPS's bill of costs together with its exhibits in support, I conclude that all of UPS's listed charges are taxable under section 1920, and so I will grant UPS's motion in the amount requested.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for a bill of costs [#29] is granted, and the Clerk of the Court shall tax costs in the amount of $1,740.50.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of October, 2012.